UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD VALENTINO GONZALES, | ) No. 2:24-cv-07723-JDE |
| Plaintiff, | ) ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | ) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 29, 2025_____

_____
JOHN D. EARLY
United States Magistrate Judge